COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-267-CV

 

LINDA
FAYE PACK AND ARNOLD                                         APPELLANTS

LEONARD FAUBION,
INDIVIDUALLY

AND ON BEHALF OF ALL

WRONGFUL‑DEATH
BENEFICIARIES

OF ANGELA HOPE FAUBION,
DECEASED

                                                                                                        

 

                                                   V.

 

RICHARD
C. HELDT, III, M.D., AND                                         APPELLEES

WEATHERFORD ANESTHESIA

ASSOCIATES, P.A.

 

                                               ----------

             FROM
THE 67TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants= Motion
For Voluntary Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by appellants,
for which let execution issue.

PER CURIAM

 

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED: January 12,
2006











[1]See Tex. R. App. P. 47.4.